TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00169-CR

Randolph James Hellums, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 0945827, HONORABLE JON N. WISSER, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for felony driving while
intoxicated. Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: July 31, 1996

Do Not Publish